USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/21/2023__



# STEIN | SAKS, PLLC

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

March 20, 2023

**Via CM/ECF**
The Honorable Analisa Torres
United States District Court
Southern District of New York

RE: *Velazquez v. BreakingT, LLC*
Case No.: 1:23-cv-00377-AT

Dear Judge Torres:

We represent the Plaintiff in the above-referenced matter. We write jointly with Defendant's counsel to respectfully request a thirty (30) day extension of time for the parties to submit a joint letter and a jointly proposed Case Management Plan and Scheduling Order. The new due date would be April 19, 2023. The requested extension will afford the parties an opportunity to continue exploring possible settlement, and to avoid further litigation of this matter.

This is the first such request in this matter.

We thank the Court for its kind consideration and courtesies.

Respectfully Submitted,

*/s/ Mark Rozenberg*
By: Mark Rozenberg, Esq.

GRANTED.

SO ORDERED.

Dated: March 21, 2023
       New York, New York

ANALISA TORRES
United States District Judge